## State of New York
### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  January 19, 2017          D-3-17
_____

In the Matter of CHRISTOPHE
   de KALBERMATTEN, an Attorney.          MEMORANDUM AND ORDER
                                  ON MOTION

(Attorney Registration No. 2766194)
_____


Calendar Date:  January 11, 2017

Before:  Peters, P.J., Garry, Lynch, Clark and Mulvey, JJ.

_____

       Christophe de Kalbermatten, Geneva, Switzerland, pro se.

       Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

_____

Per Curiam.

       Christophe de Kalbermatten was admitted to practice by this Court in 1996 and lists a business address in Geneva, Switzerland with the Office of Court Administration.  de Kalbermatten now seeks leave to resign from the New York bar for nondisciplinary reasons (see Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]).  The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose the application.

       Upon reading the application of de Kalbermatten sworn to August 19, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that de Kalbermatten is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Peters, P.J., Garry, Lynch, Clark and Mulvey, JJ., concur.


ORDERED that Christophe de Kalbermatten's application to resign is granted and his nondisciplinary resignation is accepted; and it is further

ORDERED that Christophe de Kalbermatten's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Christophe de Kalbermatten shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.


ENTER:

Robert D. Mayberger
Clerk of the Court